UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TRAVIS J. MOODY,**

    **Petitioner,**

v.                                             **Case No. 5:26-cv-43-TKW-MJF**

**SCOTT BESSENT, et al.,**

    **Respondents.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 12) and Petitioner's objections (Doc. 13). The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3),[1] and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three-strikes statute," 28 U.S.C. §1915(g).

Accordingly, it is **ORDERED** that:

---

[1] It is difficult to discern what portions of the R&R that Petitioner is actually objecting to because he repeatedly states that "accepts for value" the conclusions (which he refers to as "offers") that the magistrate judge reached in the R&R. Moreover, the "wherefore" clause in the objections asking that the recommendation be "reconsidered" includes nonsensical argument about the consequences of not doing so.

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's motion to proceed in forma pauperis is DENIED under 28 U.S.C. §1915(g), and this case is DISMISSED without prejudice.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 2nd day of March, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**